# CLIFTON BUDD & DeMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 1/25/2023
Defendant shall respond to Plaintiff's complaint by March 27, 2023.

IAN-PAUL A. POULOS
COUNSEL
E-MAIL: IAPOULOS@CBDM.COM

January 24, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re: *Bose v. Young Adult Institute, Inc d/b/a YAI*
Case No.: 23-cv-00496-VSB

Dear Judge Broderick:

This firm represents the Defendant in the above-referenced action. Pursuant to Paragraph 1(G) of Your Honor's Individual Rules & Practices in Civil Cases, the Defendant respectfully requests an extension of time to move, answer, or otherwise respond to the Complaint through and including Monday, March 27, 2023. In exchange, the Defendant agrees to waive improper service of process as a defense and hereby accepts service of the Complaint. This extension is necessary for the Defendant to investigate the facts and circumstances of the Plaintiff's Complaint.

Counsel for the Plaintiff consents to this request. Defendant has not made any previous requests for adjournment or extension.

Thank you for Your Honor's consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendant*

By: _____
Ian-Paul A. Poulos

CC: All Counsel of Record