# CLIFTON BUDD &  ATTORNEYS

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 3/27/2023

Defendant shall respond to Plaintiff's complaint by April 26, 2023. Parties may discuss mediation scheduling with the assigned mediator.

**VIA ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Bose v. Young Adult Institute, Inc. d/b/a YAI*
                 Case No. 1:23-cv-00496-VSB

Dear Judge Broderick:

       This firm represents defendant Young Adult Institute, Inc. d/b/a YAI ("Defendant") in the above-referenced action. Pursuant to Section 1(G) of Your Honor's Individual Rules & Practices in Civil Cases, we write—with Plaintiff's consent—to respectfully request a thirty (30) day extension of time, from March 27, 2023, through and including April 26, 2023, for the Defendant to move, answer, or otherwise respond to the Complaint. In addition, the parties request until one (1) week before that date—April 19, 2023—to schedule the mediation at a future time.

       After the parties produced information in response to Your Honor's mediation referral order, discussions occurred concerning the facts and circumstances alleged in the Complaint. In order to avoid motion practice, the parties would like to continue discussions on their own for a short period of time.

       This is the second request for an extension of time to move, answer, or otherwise respond to the Complaint. There are no other deadlines in this matter that would be affected by the requested extension.

       We thank the Court for its consideration of this request.

                                       Respectfully submitted,

                                       CLIFTON BUDD & DEMARIA, LLP
                                       *Attorneys for Defendant*

                       By:   Ian-Paul A. Poulos

**VIA ECF**
**LEE LITIGATION GROUP**
*Attorneys for the Plaintiff*