**CLIFTON BUDD &**
ATTORNEYS A[T]

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  5/11/2023

Defendant will respond to Plaintiff's complaint by May 17, 2023.

May __, ____

**VIA ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *Bose v. Young Adult Institute, Inc. d/b/a YAI*
           Case No. 1:23-cv-00496-VSB

Dear Judge Broderick:

    This firm represents defendant Young Adult Institute, Inc. d/b/a YAI ("Defendant") in the above-referenced action. Pursuant to Section 1(G) of Your Honor's Individual Rules & Practices in Civil Cases, we write—with Plaintiff's consent—to respectfully request a one (1) week extension of time, from May 10, 2023, through and including May 17, 2023, for the Defendant to move, answer, or otherwise respond to the Complaint.

    The parties are still working to see if a motion to dismiss can be avoided. The undersigned requested an extension of time on April 25 due to being out of the office for a substantial period with an illness.[1] Since returning to the office, discussions have continued, but additional time is required to bring these discussions to their conclusion.

    This is the fourth and final request for an extension of time to move, answer, or otherwise respond to the Complaint. There are no other deadlines in this matter that would be affected by the requested extension. The Defendant does not intend to ask for another extension of time.

    We thank the Court for its consideration of this request.

                               Respectfully submitted,

                               CLIFTON BUDD & DEMARIA, LLP
                               *Attorneys for Defendant*

                     By:   Ian-Paul A. Poulos

**VIA ECF**
LEE LITIGATION GROUP
*Attorneys for the Plaintiff*

---

[1] The details have been purposefully left out of this letter, but if a conference is needed to provide more information to the Court off the public record, the undersigned will be available at the Court's convenience.