UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SHANTE BOSE,                                               :
:
                      Plaintiff         :
:         23-CV-496 (VSB)
             -against-                       :
:         **ORDER**
YOUNG ADULT INSTITUTE, INC.                       :
d/b/a YAI,                                                 :
:
                 Defendants.    :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Clerk of Court is respectfully directed to close the motion at Doc. 20, which has been mooted by the filing of an amended motion to dismiss at Doc. 33.

SO ORDERED.

Dated:    August 16, 2023
              New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge