UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,<br><br>                      Plaintiffs,<br><br>-v-<br><br>YOUNG ADULT INSTITUTE, INC.,<br><br>                      Defendant. | CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)<br><br>**TELEPHONE CONFERENCE<br>SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

      This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

      The parties' request for a discovery conference (ECF No. 39) is GRANTED, and a telephone conference is scheduled for **Monday, October 2, 2023 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

      The Clerk of Court is respectfully directed to close ECF No. 39.

Dated:     New York, New York                    SO ORDERED.
             September 12, 2023

                                                          _/s/ Sarah L. Cave_
                                                          SARAH L. CAVE
                                                          United States Magistrate Judge