UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 2, 2023 (the "Conference"), the Court orders as follows:

1. Defendant's request for a stay of all discovery pending a ruling on its motion to dismiss the Complaint is DENIED.

2. By **October 10, 2023**, Plaintiffs shall serve responses to Defendant's discovery demands.

3. By **October 16, 2023**, Defendant shall produce (i) Defendant's time and pay records for Plaintiff Rashelle Mansfield and (ii) excerpts from Defendant's handbook(s) concerning Defendant's timekeeping policies during Plaintiffs' employment periods.

4. A telephone conference is scheduled for **Friday, November 3, 2023 at 12:00 pm** on the Court's conference line to discuss the status of the discovery outlined in this Order. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. If any disputes arise, the parties shall promptly meet and confer to resolve such disputes and be prepared to discuss any remaining disputes at the November 3 conference.

The parties shall promptly order a transcript of the Conference.

Dated: New York, New York  
October 2, 2023

SO ORDERED.

_____  
SARAH L. CAVE  
United States Magistrate Judge

2