UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

        Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

        Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 2, 2023, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference promptly. (ECF No. 42). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by **October 17, 2023**.

Dated:     New York, New York
            October 16, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge