UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                   Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                   Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 2, 2023 (the "Conference"), the Court orders as follows:

1. Defendant shall promptly conduct a reasonable search for and produce (i) communications between Defendant and either Plaintiff, (ii) Plaintiff Rashelle Mansfield's "full audit report" (ECF No. 44 at 3), (iii) any personnel files for Plaintiffs, and (iv) any temperature screening sign-in/log-book used by Plaintiffs, including in the "medical room" as discussed during the Conference.

2. Defendant's counsel shall promptly investigate the following information (the "Information"): (i) the identity(ies) of Defendant's human resources personnel who set wage policies applicable to Plaintiffs and (ii) the circumstances of Defendant's decisions to adopt and implement Defendant's policy to require Direct Support Professionals to undergo temperature checks prior to commencing their shifts, the personnel involved in these decisions, and how the policy was communicated to employees.

3. A telephone conference is scheduled for **Tuesday, November 21, 2023 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. Defendant shall be prepared to discuss the Information at the November 21 conference.

4. The remaining briefing of Plaintiffs' motion for conditional collective certification pursuant to 29 U.S.C. § 216(b) (ECF No. 46 (the "Motion")) shall proceed as follows:

    a. By **December 8, 2023**, Defendant shall file its opposition to the Motion.

    b. By **December 22, 2023**, Plaintiffs shall file their reply.

5. By **November 7, 2023**, the parties shall order a transcript of the Conference, and shall select the "7 day" option for service.

Dated:   New York, New York
         November 3, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**