UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                        Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                        Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 21, 2023 (the "Conference"), the Court orders as follows:

1. By **December 8, 2023**, Defendant shall produce (i) communications between Defendant and either Plaintiff, subject to any redactions of sensitive medical information, (ii) the temperature screening sign-in/log-books used by Plaintiffs, (iii) any emails from Defendant to its employees communicating Defendant's policy to require Direct Support Professionals to undergo temperature checks prior to commencing their shifts (the "Policy"), and (iv) the identity of the two human resources personnel who implemented the Policy and set wage policies applicable to Plaintiffs.

2. A telephone conference is scheduled for **Thursday, December 14, 2023 at 4:30 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

3. Defendant's request for a one-week extension of time to file its opposition (the "Opposition") to Plaintiffs' motion for conditional collective certification

pursuant to 29 U.S.C. § 216(b) (ECF No. 46) is GRANTED.  Defendant shall file the Opposition by **December 15, 2023**.  The Court will set Plaintiff's reply deadline at the December 14 conference.

4. Plaintiffs' remaining requests in their letter at ECF No. 58 are HELD IN ABEYANCE and will be discussed at the December 14 conference.

5. By **November 22, 2023**, the parties shall order a transcript of the Conference, and shall select the "7 day" option for service.

Dated:   New York, New York
         November 21, 2023

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**