UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,<br><br>        Plaintiffs,<br><br>-v-<br><br>YOUNG ADULT INSTITUTE, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request (ECF No. 64) for a further one-week extension of time to file its opposition (the "Opposition") to Plaintiffs' motion for conditional collective certification pursuant to 29 U.S.C. § 216(b) (ECF No. 46) is GRANTED.  Defendant shall file the Opposition by **December 22, 2023**.  The Court will set Plaintiff's reply deadline at the December 14, 2023 telephone conference.

The Clerk of Court is respectfully directed to close ECF No. 64.

Dated:  New York, New York
     December 13, 2023

                    SO ORDERED.

                    _____
                    **SARAH L. CAVE**
                    **United States Magistrate Judge**