UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,<br><br>              Plaintiffs,<br><br>-v-<br><br>YOUNG ADULT INSTITUTE, INC.,<br><br>              Defendant. | CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 14, 2023 (the "Conference"), the Court orders as follows:

1. By **January 5, 2024**, Plaintiffs shall file their reply in further support of their motion for conditional collective certification pursuant to 29 U.S.C. § 216(b) (ECF No. 46).

2. By **January 12, 2024**, Defendant shall substantially complete its production of the items set forth in the Court's November 21, 2023 Order (see ECF No. 59 ¶ 1).

3. Following Defendant's production, the parties shall promptly meet and confer and, by **January 19, 2024**, shall file a joint letter, no longer than three (3) pages, reporting on the status of Defendant's compliance with the November 21 Order and outlining any remaining issues requiring the Court's attention.

Dated:      New York, New York
             December 14, 2023

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**