UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-v-<br><br>YOUNG ADULT INSTITUTE, INC.,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request at ECF No. 68 is GRANTED, and the Court orders as follows:

1. By **December 29, 2023**, Defendant shall file its opposition to Plaintiffs' motion for conditional collective certification pursuant to 29 U.S.C. § 216(b) (ECF No. 46).

2. By **January 12, 2024**, Plaintiffs shall file their reply, if any.

The Clerk of Court is respectfully directed to close ECF No. 68.

Dated:　　　New York, New York
　　　　　　December 21, 2023

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**