UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                         Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                         Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' request at ECF No. 81 (the "Request), which the Court construes as a request for a discovery conference pursuant to the Court's Individual Practices § II.C.2, is GRANTED, and a telephone conference is scheduled **Tuesday, January 30, 2024 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **January 24, 2024**, Defendant shall file a letter responding to the issues raised in the Request.

The Clerk of Court is respectfully directed to close ECF No. 81.

Dated:      New York, New York
              January 22, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**