UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                    Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                    Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, January 30, 2024 (ECF No. 82 (the "Conference")), regarding Plaintiffs' request for an order compelling Defendant to provide certain discovery (ECF No. 81 (the "Request")), the Court orders as follows:

1. Defendant shall promptly search for and produce to Plaintiffs any policies or requirements imposed on Defendant by the New York State Office for People With Developmental Disabilities that reference employee temperature checks.

2. Defendant shall continue to search for—and shall promptly produce—any temperature screening sign-in sheets for Plaintiff Shante Bose.

3. The Request is GRANTED IN PART and DENIED IN PART as follows:

    a. Plaintiffs' request to compel depositions is DENIED at this time.

    b. Plaintiffs' request to compel e-discovery is DENIED as requested. At the next telephone conference (see ¶ 4, infra), the Court will discuss modifications to Plaintiffs' proposed search terms and custodians.

    c. Plaintiffs' request for the identification and contact information of Defendant's employees "who worked at the same locations as Plaintiffs with periods of employment overlapping Plaintiffs" is DENIED WITHOUT PREJUDICE.

    d. Plaintiffs' request to compel Defendant's written responses to Plaintiff Rashelle Mansfield's discovery requests served on July 7, 2023 is GRANTED. Defendant shall serve its written responses to these requests by **February 20, 2024**.

    e. Plaintiffs' request for "documentation concerning approval checks as to Plaintiffs" (ECF No. 81 at 2) is GRANTED to the extent that Defendant shall promptly search for and produce any documents reflecting these approvals with respect to Plaintiffs.

    f. Plaintiffs' request to compel the production of "Plaintiffs' logbooks" (ECF No. 81 at 3) is GRANTED to the extent that Defendant shall promptly investigate the existence of "the log" referenced on Plaintiffs' sign-in sheets (<u>see</u> ECF No. 79-4).

    g. Plaintiffs' request for class discovery is DENIED without prejudice to renewal following resolution of Defendant's motion to dismiss (ECF No. 33).

4. A telephone conference is scheduled for **Thursday, February 29, 2024 at 12:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

5. By **February 2, 2024**, the parties shall order a transcript of the Conference, and shall select the 7-day option for service.

Dated: New York, New York
January 30, 2024

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**