UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

        Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

        Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 29, 2024 (the "Conference")), the Court orders as follows:

1. By **March 8, 2024**, Defendant shall email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) for the Court's _in camera_ review a sampling of pages from "the log" referenced on Plaintiffs' sign-in sheets (see ECF Nos. 84 ¶ 3.f; 79-4)

2. Defendant shall promptly search the email accounts of the following custodians using the following search terms (the "Search"):

    a. Custodians: (i) Laura Valere; (ii) Yolanda Walker; (iii) Anthony Ottrando; (iv) Christine Troiano; (v) Ravi Dahiya; and (vi) Betsy Williams.

    b. Search Terms:[1]

        i. Search I: covid /50 (temp* OR test* OR check*)

---

[1] In the event the Search yields an inordinate number of hits, Defendant may substitute "/50" with "/25" for each search term.

    ii. <u>Search II</u>: covid /50 (log OR cert*)

    iii. <u>Search III</u>: adjust* /50 time

3. By **March 22, 2024**, Defendant shall provide Plaintiffs with the results of the Search.

4. The deadline for completion of fact discovery is ADJOURNED <u>sine die</u> pending resolution Defendant's motion to dismiss the complaint (ECF No. 33) and Plaintiffs' motion for conditional collective certification (ECF No. 46).

5. A telephone conference is scheduled for **Friday, March 29, 2024 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

6. By **March 1, 2024**, the parties shall order a transcript of the Conference, and shall select the 7-day option for service.

Dated:     New York, New York
             February 29, 2024

SO ORDERED.

*Sarah L. Cave* (signature)

**SARAH L. CAVE**
**United States Magistrate Judge**