UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

        Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

        Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 29, 2024 (the "Conference")), the Court orders as follows:

1. For the reasons stated on the record during the Conference, having reviewed in camera the exemplars of the "Individual Communication Logs" referenced in Plaintiffs' sign-in sheets (see ECF Nos. 79-4; 84 ¶ 3.f; 89 ¶ 1; 90 at 6), the Court finds that these documents are neither responsive to any document request Plaintiffs have served to date nor relevant to any party's claim or defense. See Fed. R. Civ. P. 26(b)(1). Accordingly, the Court will not require Defendant to produce these documents at this time.

2. Defendant shall promptly search the email accounts of the following custodians using the following search term (the "Search"):

    a. Custodians: (i) Laura Valere; (ii) Yolanda Walker; (iii) Anthony Ottrando; (iv) Christine Troiano; (v) Ravi Dahiya; and (vi) Betsy Williams.

    b. Search Term: covid /50 temperature

3. Defendant shall promptly provide Plaintiffs with the results of the Search.

4. A telephone conference is scheduled for **Tuesday, April 16, 2024 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

5. By **April 3, 2024**, the parties shall order a transcript of the Conference, and shall select the 7-day option for service.

Dated:	New York, New York
	March 29, 2024

SO ORDERED.

*/s/ Sarah L. Cave/*

**SARAH L. CAVE**
**United States Magistrate Judge**