UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                  Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                  Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 16, 2024 (the "Conference"), the Court orders as follows:

1. Defendant shall promptly search the email accounts of the following custodians using the following search terms (the "Search"), amended as necessary to comport with Microsoft's Boolean function:

    a. Custodians: (i) Laura Valere; (ii) Yolanda Walker; (iii) Anthony Ottrando; (iv) Christine Troiano; (v) Ravi Dahiya; and (vi) Betsy Williams.

    b. Search Terms:

        i. Search I:

            1. covid /50 temp!

            2. covid /50 test!

            3. covid /50 check!

        ii. Search II:

            1. covid /50 book

        2. covid / 50 cert!

    iii. <u>Search III</u>: adjust! /50 time

2. Defendant shall promptly provide Plaintiffs with the results of the Search.

3. A telephone conference is scheduled for **Thursday, May 9, 2024 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

4. By **April 18, 2024**, the parties shall order a transcript of the Conference, and shall select the 7-day option for service.

Dated:    New York, New York
            April 16, 2024

                                              SO ORDERED.

                                            _/s/ Sarah L. Cave_____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**