UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 9, 2024, the Court orders as follows:

1. Defendant shall promptly search the email accounts of the following custodians using the following search terms (the "Search"), amended as necessary to comport with Microsoft's Boolean function:

   a. <u>Custodians</u>: (i) Laura Valere; (ii) Yolanda Walker; (iii) Anthony Ottrando; (iv) Christine Troiano; (v) Ravi Dahiya; and (vi) Betsy Williams.

   b. <u>Search Terms</u>:

      i. <u>Search I</u>:

         1. covid /25 temp!

         2. covid /25 test!

         3. covid /25 check!

      ii. <u>Search II</u>:

         1. covid /25 book

        2. covid /25 cert!

    iii. <u>Search III</u>: adjust! /25 time

2. After performing the Search, Defendant shall explore the possibility of deduplicating the results across the custodians and search terms.

3. Defendant shall promptly provide Plaintiffs with the results of the Search.

4. A telephone conference is scheduled for **Thursday, May 30, 2024 at 2:30 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
              May 9, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**