UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

          Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

          Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 30, 2024 (the "Conference"), the Court orders as follows:

1. Defendant shall promptly search the email accounts of the following custodians using the following search terms and timeframes (the "Search"):

   a. Custodians: (i) Laura Valere; (ii) Yolanda Walker; (iii) Anthony Ottrando; (iv) Christine Troiano; (v) Ravi Dahiya; and (vi) Betsy Williams.

   b. Search Terms:

      i. Search I:

         1. covid /10 temp!

         2. covid /10 test!

         3. covid /25 check!

      ii. Search II:

         1. covid /25 book

         2. covid /25 cert!

       iii. <u>Search III</u>: adjust! /10 time

  c. <u>Timeframes</u>:

       i. For Searches I and II, Defendant shall apply (i) no start date and (ii) an end date of January 20, 2023.

       ii. For Search III, Defendant shall apply (i) a start date of January 20, 2020 and (ii) an end date of January 20, 2023.

2. By **June 12, 2024**, Defendant shall file a letter (the "Letter") reporting on the status of the Search, including (i) the number of hits for each search term, (ii) the anticipated amount of time needed to apply a privilege screen, and (iii) the date by which Defendant anticipates producing the non-privileged emails resulting from Searches I.3 (covid /25 check!), II.1 (covid /25 book), and II.2 (covid /25 cert!), above.

3. On review of the Letter, the Court will schedule a further telephone conference, if appropriate.

4. By **May 31, 2024**, the parties shall order a transcript of the Conference, and shall select the 7-day option for service.

Dated:    New York, New York
           May 30, 2024

                                      SO ORDERED.

                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**