UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                       Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                       Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' June 13, 2024 joint letter (ECF No. 103 (the "Letter")), the Court orders as follows:

1. By **July 27, 2024**, Defendant shall produce the 7,888 emails referenced in the Letter (see ECF No. 103 at 1).

2. Defendant shall promptly search the email accounts of the following custodians using the following search terms and timeframes (the "Search"):

    a. Custodians: (i) Laura Valere; (ii) Yolanda Walker; (iii) Anthony Ottrando; (iv) Christine Troiano; (v) Ravi Dahiya; and (vi) Betsy Williams.

    b. Search Terms:

        i. covid /5 temp!

        ii. covid /5 test!

        iii. adjust! /5 time

      c. <u>Timeframes</u>:

         i. For Search Terms i and ii, Defendant shall apply (i) no start date and (ii) an end date of January 20, 2023.

         ii. For Search Term iii, Defendant shall apply (i) a start date of January 20, 2020 and (ii) an end date of January 20, 2023.

2. Defendant shall promptly provide Plaintiffs with the results of the Search.

3. A telephone conference is scheduled for **Tuesday, July 9, 2024 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             June 14, 2024

                                    SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**