UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on
behalf of themselves, FLSA Collective Plaintiffs,
and the Class,

                              Plaintiffs,

        -v-

YOUNG ADULT INSTITUTE, INC.,

                              Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on July 9, 2024 (the "Conference"), the Court

orders as follows:

1. Plaintiffs shall promptly draft and provide to Defendant an agreement and proposed

   order pursuant to Federal Rule of Evidence 502(d) for the clawback of privileged

   documents and information produced in this action.

2. Defendant's counsel shall promptly assemble a list of attorneys who provided advice

   to Defendant from January 20, 2020 through January 20, 2023, for conducting a

   potential privilege screen.

3. Defendant shall continue review and begin a rolling production of the 7,888 emails

   ordered to be produced (the "First Search Results").  (See ECF Nos. 103 at 1; 104 ¶ 1).

4. Defendant shall promptly evaluate formatting and production options for the emails

   responsive to the search terms "covid /5 temp!", "covid /5 test", and "adjust /5 time"

   (the "Second Search Results").  (See ECF No. 104 ¶ 2.b).

5.  A telephone conference is scheduled for **Tuesday, August 6, 2024 at 4:30 pm** on the Court's conference line to discuss the status of Defendant's (i) review and production of First Search Results (ii) evaluation concerning the Second Search Results.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

6.  By **July 12, 2024**, the parties shall order a transcript of the Conference, and shall select the 7-day option for service.

Dated:       New York, New York
             July 10, 2024

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

2