UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

        Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

        Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 6, 2024 (the "Conference"), the Court orders as follows:

1. As discussed during the Conference, the parties shall promptly meet and confer regarding a potential tolling agreement with respect to Plaintiffs' motion for conditional collective certification.

2. By **August 30, 2024**, Defendant shall file a letter reporting on the status of its review and production of the First Search Results and the Second Search Results.[1]

3. A telephone conference is scheduled for **Thursday, September 5, 2024 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

---

[1] The defined terms in the Court's July 10, 2024 Order are incorporated by reference. (See ECF No. 108).

4. By **August 9, 2024**, the parties shall order a transcript of the Conference, and shall select the 7-day option for service.

Dated:     New York, New York
           August 6, 2024

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**