UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

          Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

          Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 5, 2024, the parties are directed to file a joint status letter regarding their schedule for mediation by **September 13, 2024**.

Dated:    New York, New York
            September 5, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**