# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:        (212) 465-1188
                       CKLee@leelitigation.com

September 13, 2024

**Via ECF**:
The Honorable Vernon S. Broderick, U.S.D.J.
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Bose v. Young Adult Institute, Inc.*
      Case No. 1:23-cv-00496-VSB

Dear Judges Broderick and Cave:

We are counsel to Plaintiffs in the above-referenced case. We write, jointly with Defendant, to inform the Court that the parties have agreed to conduct a mediation and to request that the Court stay all proceedings. For reasons stated on record at the September 5, 2024, Conference, the parties have also agreed, at the Court's behest and suggestion, to the administrative closure, with their renewal to be permitted in the event the mediation fails, of the two pending motions before the Court: (i) the motion to dismiss (ECF Doc. 33) and (ii) the motion for conditional collective certification (ECF Doc. 46).

After several discussions, the parties have agreed to engage in private mediation with Mr. Stephen Sonnenberg. Due to the mediator's schedule, the parties anticipate conducting the mediation on November 15, 2024. As of today, that is his earliest availability.

Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter two weeks after this November 15, 2024 date.

As part of the agreement to mediation, the parties have agreed to toll the claims of potential collective members as of the date of this letter, September 13, 2024, until the stay in this matter due to the mediation is lifted.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

The parties' requested relief at ECF No. 121 is **GRANTED.** The case is **STAYED** pending mediation, and the Court takes note of the parties' tolling agreement. The pending motions (ECF Nos. 33; 46) will be administratively closed and may be reopened by further order of the Court. By **December 2, 2024**, the parties shall file a joint letter concerning the outcome of mediation.

The Clerk of Court is respectfully directed to close ECF Nos. 33, 46, and 121.

SO ORDERED.   September 16, 2024

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge