UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                    Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                    Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were directed to file a report on the status of their settlement discussions "by December 13, 2024, and every thirty days thereafter." (ECF No. 125). On December 13, 2024, the parties filed their first status report. (ECF No. 126). Their next status report was due on January 13, 2025. The parties have not filed their second status report.

Accordingly, the Court <u>sua sponte</u> extends the deadline for the parties to file their status report up to and including **January 16, 2025**.

Dated:      New York, New York
             January 15, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**