UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, <u>on behalf of themselves, FLSA Collective Plaintiffs, and the Class</u>,

          Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

          Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' joint letter (ECF No. 132), a status conference is scheduled for **Thursday, February 20, 2025 at 2:30 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
           February 10, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**