UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, <u>on behalf of themselves, FLSA Collective Plaintiffs, and the Class</u>,

                    Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                    Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' joint letter (ECF No. 132), and pursuant to the status conference held today, February 20, 2025, it is ORDERED as follows:

1. A telephone status conference is scheduled for **Wednesday, March 19, 2025 at 1:00 p.m. ET** on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 452-4442; phone conference ID: 425 658 735#, at the scheduled time.

2. No earlier than **March 21, 2025**, Plaintiffs may file a notice of motion to administratively reopen their motion for conditional collective certification, and Defendant may file a notice of motion to administratively reopen its motion to dismiss. (<u>See</u> ECF Nos. 33; 46). Any such notice of motion shall incorporate by reference the parties' previously submitted briefing and exhibits.

3. No earlier than **March 21, 2025**, Plaintiffs may submit a supplemental brief in support of their motion for conditional collective certification of not more than five (5) pages,

excluding exhibits.  On or before **April 4, 2025**, Defendant may file a sur-reply of not more than five (5) pages, excluding exhibits.

4. The stay of this case remains in effect pending the Conference.

Dated:     New York, New York
              February 20, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**