UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, <u>on behalf of themselves, FLSA Collective Plaintiffs, and the Class</u>,

                    Plaintiffs,

-v-

YOUNG ADULT INSTITUTE, INC.,

                    Defendant.

CIVIL ACTION NO. 23 Civ. 496 (VSB) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 19, 2025, (the "Conference") it is ORDERED as follows:

1. The parties represented during the Conference that they have reached an agreement in principle to settle this action. Accordingly, the deadlines for the parties to file notices to administratively reopen certain motions and the accompanying briefing schedule are **HELD IN ABEYANCE**. (ECF No. 134)

2. On or before **March 28, 2025**, the parties shall file a joint letter for the attention of the Honorable Vernon S. Broderick confirming that they have reached a settlement in principle and proposing a briefing schedule for Plaintiffs' motion for preliminary certification of a settlement class and preliminary approval of the parties' class action settlement agreement.

3. The stay of this case is **EXTENDED** up to and including **March 28, 2025**.

Dated: New York, New York
March 19, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2