# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

May 28, 2025

**Via ECF**
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *Bose v. Young Adult Institute, Inc.*
          Case No. 1:23-cv-00496-VSB

Hon. Judge Cave:

    We are counsel to Plaintiff in the above referenced action and write, jointly with counsel to Defendant, to respectfully request a two (2) week extension of time to submit Plaintiffs' motion for class settlement approval. Currently the deadline is May 30, 2025, and we respectfully request the extension to June 13, 2025.

    As set forth in our prior joint letter dated March 28, 2025 (ECF Dkt 137), the parties have reached a settlement in principle, however, we are still in the process of negotiating the settlement agreement. Drafts have been exchanged; however, the agreement has not yet been finalized. We are hopeful that with the additional time, the agreement can be finalized, signed and submitted to the Court. This is the first request for extension of the deadline and both parties consent to the extension.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

The parties' request at ECF No. 139 is **GRANTED.** The deadline for the parties to file their motion for class settlement approval is **EXTENDED** up to and including **June 13, 2025**.

The Clerk of Court is respectfully directed to close ECF No. 139.

SO ORDERED.   May 28, 2025

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge