UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTE BOSE and RASHELLE MANSFIELD, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br><br>                Plaintiffs,<br>  v.<br><br>YOUNG ADULT INSTITUTE, INC. d/b/a YAI,<br><br>                Defendant. | Case No.: 1:23-cv-00496 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enters the proposed Order, attached hereto as **EXHIBIT 1**.

Dated: October 22, 2025
       New York, New York

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:  */s/ C.K. Lee*
      C.K. Lee, Esq.
      Anne Seelig, Esq.
      148 West 24th Street, Eighth Floor
      New York, NY 10011
      Tel.: 212-465-1188
      *Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*