UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTE BOSE and RASHELLE MANSFIELD, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

                    Plaintiffs,

-against-

YOUNG ADULT INSTITUTE, INC.
    d/b/a YAI,

                    Defendant.

Case No.: 1:23-cv-00496

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVES' SERVICE AWARDS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Class Representatives' Service Awards and in the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting service award of $10,000 to each of Plaintiff Shante Bose and Rashelle Mansfield, totaling $20,000, to be paid from the Settlement Fund, in recognition of providing a general release and the services they rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement.

Dated: New York, New York
      October 22, 2025

                    Respectfully submitted,

                    **LEE LITIGATION GROUP, PLLC**

          By:    */s/ C.K. Lee*
                 C.K. Lee, Esq. (CL 4086)
                 Anne Seelig, Esq. (AS 3976)
                 148 West 24th Street, Eighth Floor
                 New York, NY 10011
                 Tel.: 212-465-1188

Fax: 212-465-1181
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*